# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED  1-6-2020
```

January 6, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)

Dear Judge Swain:

I write to respectfully request an adjournment of the January 9 VOSR conference for approximately 30 days. Mr. Mally, who was recently released on bail from state custody, has a next state court appearance of January 22. I therefore request an adjournment since the resolution of Mr. Mally's state cases will greatly impact the likely resolution of his VOSR. The Government consents to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alexander Li, Esq. (by ECF)
    George L. Olivares, U.S. Probation (by email)

---

*The VOSR conference is adjourned to February 10, 2020, at 11:00 AM. DE #20 resolved.*

SO ORDERED:

/s/ LTS 1/6/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE