# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-10-2020

February 7, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Alfarabick Mally*, **18 Cr. 807 (LTS)**

Dear Judge Swain:

I write to respectfully request an adjournment of the February 10 VOSR conference for approximately 30 days. Mr. Mally's next state court appearance is February 18. I therefore request an adjournment since the resolution of Mr. Mally's state cases will greatly impact the likely resolution of his VOSR. The Government consents to this request.

I apologize for the lateness of this request. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alexander Li, Esq. (by ECF)
    George L. Olivares, U.S. Probation (by email)

The conference is adjourned to March 11, 2020, at 3:30 pm. DE #22 resolved.

SO ORDERED:

_/s/ Laura Taylor Swain_  2/10/2020
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE