# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 6, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-9-2020

MEMO ENDORSED

Re: *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)

Dear Judge Swain:

I write to respectfully request an adjournment of the March 11 VOSR conference for approximately 30 days. Mr. Mally's next state court appearance is also March 11. He believes his state case is close to a resolution but does not expect it to resolve at the next appearance. I therefore request an adjournment since the resolution of Mr. Mally's state cases will greatly impact the likely resolution of his VOSR. The Government and the Probation Office consent to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc: Alexander Li, Esq. (by ECF)
George L. Olivares, U.S. Probation (by email)

The conference is adjourned to April 16, 2020, at 11:00 Am.

SO ORDERED:

3/9/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE