**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District
Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 9, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

## MEMO ENDORSED

**Re:** *United States v. Alfarabick Mally*, **18 Cr. 807 (LTS)**

Dear Judge Swain:

In light of the current COVID-19 pandemic, I write to respectfully request an adjournment of the April 16 VOSR conference until a date in June prior to June 15. Mr. Mally's next state court appearance is June 15. He has reached a disposition on that case and the parties here expect to reach a disposition of the VOSR matter along the same lines. Accordingly, I request that the Court adjourn this matter to a date in June sometime before June 15, and the parties will update the Court sufficiently in advance regarding our proposed disposition. The Government and the Probation Office consent to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The adjournment request is granted. The matter is adjourned to June 9, 2020, at 2:00 p.m. DE#26 resolved.

SO ORDERED.
4/9/2020
/s/ Laura Taylor Swain, USDJ

cc:   Alexander Li, Esq. (by ECF)
      George L. Olivares, U.S. Probation (by email)