# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 28, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

Re:  *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)

Dear Judge Swain:

I write to respectfully request an adjournment of the June 9 VOSR conference for approximately 30 days. Mr. Mally's next state court appearance is currently scheduled for June 15; if that appearance occurs, it is expected that Mr. Mally will be sentenced. The parties here expect to reach a disposition of the VOSR following resolution of Mr. Mally's state matter. The Government consents to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Alexander Li, Esq. (by ECF)

The adjournment is granted.  The conference will be held on July 9, 2020, at 9:30 am.  DE# 28 resolved.
SO ORDERED.
5/28/2020
/s/ Laura Taylor Swain, UDSJ