**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

June 24, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

Re:  *United States v. Alfarabick Mally*, **18 Cr. 807 (LTS)**

Dear Judge Swain:

I write **on consent of the Government** to respectfully request an adjournment of the July 9 VOSR conference for approximately 30 days. Having been adjourned because of complications related to the COVID-19 pandemic, Mr. Mally's next state court appearance is currently scheduled for July 27. If that appearance occurs, it is expected that Mr. Mally will be sentenced. The parties here expect to reach a disposition of the VOSR following resolution of Mr. Mally's state matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Alexander Li, Esq. (by ECF)

The conference is adjourned to August 6, 2020, at 3:00 pm.  The parties must file a status letter by August 4, 2020.  DE# 30 resolved.

SO ORDERED.
6/24/2020
/s/ Laura Taylor Swain, USDJ