# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

November 23, 2020

By ECF

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re:** *United States v. Alfarabick Mally*, **18 Cr. 807 (LTS)**

Dear Judge Swain:

I write **on consent of the Government** to respectfully request that the Court extend Alfarabick Mally's voluntary surrender date (currently December 3, 2020) by 60 days. On August 17, 2020, this Court sentenced Mr. Mally to six months' imprisonment on his violations of supervised release, to run concurrently to his anticipated state court sentence. Mr. Mally's state court sentence has still not been imposed; his attorney informs me that she expects this to occur in January 2021. For this reason, and because of continued concerns related to the COVID-19 pandemic, I respectfully request that the Court extend Mr. Mally's voluntary surrender date by 60 days.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Alexander Li, Esq. (by ECF)

The request is granted. Mr. Mally must surrender by February 4, 2021, at 2:00 p.m. DE#41 resolved.
SO ORDERED.
11/23/2020
/s/ Laura Taylor Swain, USDJ