**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 21, 2021

By ECF

### MEMO ENDORSED

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re:** *United States v. Alfarabick Mally*, **18 Cr. 807 (LTS)**

Dear Judge Swain:

I write **on consent of the Government** to respectfully request that the Court extend Alfarabick Mally's voluntary surrender date (currently February 4, 2021) by 90 days. On August 17, 2020, this Court sentenced Mr. Mally to six months' imprisonment on his violations of supervised release, to run concurrently to his anticipated state court sentence. Mr. Mally's state court sentence has still not been imposed; state sentencing is currently scheduled for April 16. For this reason, and because of continued concerns related to the large number of COVID-19 cases in our area jails and prisons, I respectfully request that the Court extend Mr. Mally's voluntary surrender date by 90 days.

This is Mr. Mally's second request for an extension. The Court granted Mr. Mally's first request on November 23, 2020.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The request is granted.  Mr. Mally's surrender date is extended to May 6, 2021.  DE# 43 resolved.
SO ORDERED.
1/22/2021
/s/ Laura Taylor Swain, USDJ

cc:   Alexander Li, Esq. (by ECF)