# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 22, 2021

By ECF

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

Re:  *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)

Dear Judge Swain:

I write **on consent of the Government** to respectfully request that the Court extend Alfarabick Mally's voluntary surrender date (currently May 6, 2021) by 90 days. On August 17, 2020, this Court sentenced Mr. Mally to six months' imprisonment on his violations of supervised release, to run concurrently to his anticipated state court sentence. Mr. Mally's state court sentence has still not been imposed; state sentencing has been adjourned multiple times and is currently scheduled for July 16, 2021. I accordingly respectfully request that the Court extend Mr. Mally's voluntary surrender date by 90 days in order to ensure that his federal time in fact runs concurrently to his state sentence when it is eventually imposed.

This is Mr. Mally's third request for an extension. The Court granted the first two.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Alexander Li, Esq. (by ECF)

The request is granted.  Mr. Malley's surrender date is extended to August 5, 2021.  DE#45 resolved.
SO ORDERED.
4/22/2021
/s/ Laura Taylor Swain, Chief USDJ