**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 21, 2022

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

**MEMO ENDORSED**

**Re: *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)**

Dear Judge Swain:

I write **without objection from the Government** to respectfully request that the Court extend Alfarabick Mally's voluntary surrender date (currently February 3, 2022) by 60 days. On August 17, 2020, this Court sentenced Mr. Mally to six months' imprisonment on his violations of supervised release, to run concurrently to his anticipated state court sentence. Mr. Mally's state court sentence has still not been imposed; state sentencing has been adjourned multiple times and is currently scheduled for February 25, 2022. I accordingly respectfully request that the Court extend Mr. Mally's voluntary surrender date by 60 days in order to ensure that his federal time in fact runs concurrently to his state sentence when it is eventually imposed.

Thank you for your attention to this request.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

The foregoing request is granted. Mr. Mally is directed to surrender on April 7, 2022. Dkt. no. 52 resolved.
SO ORDERED.
1/24/2022
/s/ Laura Taylor Swain, Chief USDJ

cc: Alexander Li, Esq. (by ECF)
George L. Olivares, U.S. Probation (by email)