UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES

    -v-

No.  18-CR-807-LTS

ALFARABICK MALLY,

    Defendant.

-------------------------------------------------------------x

ORDER

For the reasons stated on the record of the supervised release hearing held this day, Mr. Mally's conditions are hereby modified to include the following additional condition:

Defendant must participate in an outpatient mental health program, to include anger management and domestic violence counseling, as directed by the Probation Office. Defendant must continue to take any prescribed medication as directed by the service provider. Defendant must pay the costs of treatment in the form of a copayment, to the extent not covered by third party payment, to the extent of his ability as determined by the Probation Office. The Court authorizes the release of all mental health treatment records and evaluations to the treatment provider.

The next conference in this matter will be held on January 7, 2025, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
       October 1, 2024

                                           /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge