**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

## MEMO ENDORSED

February 19, 2025

By ECF

Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re:  *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)

Dear Chief Judge Swain:

I write to respectfully request an adjournment of the February 25, 2025 VOSR conference until April 8 at 11:00 a.m., a date and time I understand the Court to be available. All parties consent to this request. This request is made because Mr. Mally's pending state court cases, which concern some of the same allegations as the federal VOSR, are next scheduled for April 1, and so an adjournment here would allow the continued tracking of the state case.

Thank you for your attention to this matter.

Respectfully submitted,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Alexander Li, Esq. (by ECF)
      Larren P. Riley Jr., U.S. Probation (by email)

The foregoing request is granted. The VOSR hearing in this case is hereby adjourned until **April 8, 2025, at 11:00 a.m.** DE 64 resolved.
SO ORDERED.
2/19/2025
/s/ Laura Taylor Swain, Chief USDJ