# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 11, 2026

By ECF

Honorable Laura Taylor Swain
Chief District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

**Re:  *United States v. Alfarabick Mally*, 18 Cr. 807 (LTS)**

Dear Chief Judge Swain:

The parties respectfully request that the Court adjourn the initial conference on Alfarabick Mally's alleged violations of supervised release to April 21, 2026, at 2:30 p.m. This adjournment will allow this proceeding to track Mr. Mally's underlying state case, which is next scheduled for April 9. Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Alexander Li, Esq.
       Larren P. Riley, USPO

The foregoing request is granted.  The initial in this matter is hereby adjourned from March 12, 2026 to **April 21, 2026 at 2:30 pm**.  DE 74 resolved.

SO ORDERED.
3/12/2026
/s/ Laura Taylor Swain, Chief USDJ